## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LABSOLUTIONS, LLC. and
NICK SALIBA

      Movants,

                                                19-MJ-8320-WM
                                                19-MJ-8321-WM
                                                19-MJ-8322-WM
vs.                                              19-MJ-8331-WM

UNITED STATES OF AMERICA,

      Respondent.

_____/

## MOTION TO APPEAR *PRO HAC VICE*,
## CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Amanda R. Clark Palmer of the law firm of Garland, Samuel & Loeb, P.C., for purposes of appearance as co-counsel on behalf of Nick Saliba, CEO of LABSOLUTIONS, LLC., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amanda R. Clark Palmer to receive electronic filings in this case, and in support thereof states as follows:

1.       Amanda R. Clark Palmer is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Northern District of Georgia.  Her Certificate of Good Standing for the Northern District of Georgia is attached as Exhibit A.

2.      Movant, Richard Lubin, Esquire, of the law firm of Richard G. Lubin P.A., 707 North Flagler Drive, West Palm Beach, FL 33401, Telephone (561) 655-2040, Facsimile (561) 655-2182, Email: rich@lubinlaw, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Amanda R. Clark Palmer, has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto as Exhibit B.

4.      Amanda R. Clark Palmer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amanda R. Clark Palmer at email address: aclark@gsllaw.com.

WHEREFORE, Richard Lubin, moves this Court to enter an Order for Amanda R. Clark Palmer to appear before this Court on behalf of Nick Saliba, CEO of LABSOLUTIONS, LLC., and, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amanda R. Clark Palmer.

This 26th day of August, 2019.

RESPECTFULLY SUBMITTED,

/S/ *Richard Lubin*
Richard Lubin, Esq.

Florida Bar #: 182249
RICHARD G. LUBIN, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Telephone: (561) 655-2040
Facsimile: (561) 655-2182
Email: rich@lubinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

RESPECTFULLY SUBMITTED,

/s/ Richard Lubin
RICHARD G. LUBIN
Florida Bar #: 182249