

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
}  ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **AMANDA R. CLARK PALMER, State Bar No. 130608,** was duly admitted to practice in said Court on August 24, 2009, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 23 day of August, 2019.

JAMES N. HATTEN
CLERK OF COURT



By: Stephanie Wilson-Bynum
Deputy Clerk