UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LABSOLUTIONS, LLC. and
NICK SALIBA

    Movants,

                                                                  19-MJ-8320-WM
                                                                  19-MJ-8321-WM
                                                                  19-MJ-8322-WM
vs.                                                                 19-MJ-8331-WM

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CERTIFICATION OF AMANDA R. CLARK PALMER**

    Amanda R. Clark Palmer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of United States District Court, Northern District of Georgia.

                                                           /S/ *Amanda R. Clark Palmer*
                                                           AMANDA R. CLARK PALMBER